UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                            HONORABLE PAUL L. MALONEY

v.

                                            Case No. 1:10-cr-161

FEDERICO ZAVALA-QUEZADA,
JESUS LAMAS, ELIAS PANTOJA, JR.,

        Defendants.
_____/

## ORDER GRANTING ENDS OF JUSTICE CONTINUANCE

Before the Court is Defendant Elias Pantoja, Jr.'s motion for ends of justice continuance of the final pretrial presently scheduled for August 2, 2010 and trial scheduled for August 11, 2010. The basis of the motion is that additional time is needed to explore options in the best interests of each party to either resolve the matter or prepare an adequate defense to the charges. Defendant Pantoja is also in need of medical attention for a heart condition. The co-defendants and the government do not oppose the motion.

The Court finds that, for the reasons stated in the motion, the ends of justice served by the granting of a continuance outweighs the best interest of the public and the defendant in a speedy trial.

NOW THEREFORE, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), an ends of justice continuance is hereby entered as to all defendants. The final pretrial conference is rescheduled to **October 18, 2010 at 10:00 a.m.** Jury trial is rescheduled to **October 26, 2010 at 8:45 a.m.**

Dated: July 28, 2010                                      /s/ Paul L. Maloney
                                                                  Paul L. Maloney
                                                                  Chief United States District Judge